UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-2177-AH(MARx) | Date | May 7, 2025   JS-6 |
| Title | Rene Astul v. Pangea USA LLC | | |

Present: The Honorable **ANNE HWANG, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

The case is ordered closed pursuant to the Notice of dismissal filed on May 6, 2025 [14]. All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

**IT IS SO ORDERED.**

cc: all parties